IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEE POLITE PLAINTIFF

v. Case No. 4:26-cv-04016

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation (ECF No. 15) filed on October 13, 2026, by the Honorable Spencer Singleton, United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Recommendation, and the time to file objections has passed. See 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of October 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge